# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**CHARLES EUGENE DEAN,**<br>a/k/a Charlie | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Supervised Release)<br><br>CASE NUMBER:  **1:04-CR-00031-002**<br>USM NUMBER:  **07386-003** |
| **THE DEFENDANT:** | Daniel L. McCleave, Esquire<br>**Defendant's Attorney** |

(X)   admitted guilt to violation of supervision conditions: Special Condition, 3, 6 & 7 as set out in the petition dated 6/19/2009.

( )   was found in violation of supervision condition(s): _____

| Violation Number | Nature of Violation | Date violation<br>Occurred |
|---|---|---|
| Special Condition | Technical | |
| 3 | Technical | |
| 6 | Technical | |
| 7 | Technical | |

**The defendant is sentenced as provided in pages 2 through  2   of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.**

( )   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| **Defendant's Social Security No.:**  9911 | July 23, 2009<br>Date of Imposition of Judgment |
| **Defendant's Date of Birth:**  1955 | |
| **Defendant's Residence Address:**<br>Atmore, AL | /s/ Callie V. S. Granade<br>CHIEF UNITED STATES DISTRICT JUDGE |
| **Defendant's Mailing Address:** | July 28, 2009<br>Date |

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

Defendant: **CHARLES EUGENE DEAN, a/k/a Charlie**
Case Number: **1:04-CR-00031-002**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of   TWENTY-FOUR (24) MONTHS   .

(X)   The court makes the following recommendations to the Bureau of Prisons: **That the defendant be imprisoned at an institution where the he can participate in any comprehensive, substance abuse treatment program that is available**.

(X)   The defendant is remanded to the custody of the United States Marshal.

( )   The defendant shall surrender to the United States Marshal for this district:
  ( )   at __ .m. on __.
  ( )   as notified by the United States Marshal.

( )   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ( )   before 2 p.m. on ____.
  ( )   as notified by the United States Marshal.
  ( )   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____

with a certified copy of this judgment.

  UNITED STATES MARSHAL  

By:_____
Deputy U.S. Marshal